UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 17-4641-MWF(Ex)**                                Dated: **August 22, 2017**

Title:       Linda Fried -*v*- Experian Information Solutions, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                      None Present

PROCEEDINGS (IN CHAMBERS):          ORDER TO SHOW CAUSE

    In light of the Notices of Settlement filed August 18, 2017 and August 21, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 23, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                   Initials of Deputy Clerk   cw
CIVIL - GEN

-1-