JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LINDA FRIED, | Case No: 2:17-cv-04641-MWF |
| --- | --- |
| Plaintiff, | |
| v. | [Assigned for all purposes to the Honorable Michael W. Fitzgerald] |
| BANK OF AMERICA, N.A. AND EXPERIAN INFORMATION SOLUTIONS, INC. Defendants. | **ORDER DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

The Court having considered Plaintiff's Notice of Dismissal with prejudice as to EXPERIAN INFORMATION SOLUTIONS, INC. and good cause appearing,

IT IS ORDERED that Plaintiff's Dismissal is granted. This action is dismissed with prejudice as to Defendant EXPERIAN INFORMATION SOLUTIONS, INC. only, with each party to bear its own attorneys' fees and costs.

DONE THIS 20TH DAY OF OCTOBER 2017.

*[signature]*

Hon. Michael W. Fitzgeral
United States District Judge